

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00463-CV

Najorian **GREER**,
Appellant

v.

**AGRESTIC I LP**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04318
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant is unable to afford to pay court costs; no costs are taxed in this appeal.

SIGNED October 23, 2024.

_____
Lori Massey Brissette, Justice